IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUSAN JOACHIM** | : | **CIVIL ACTION** |
| **TENANT'S ACTION GROUP OF** | : | **02-2633** |
| **PHILADELPHIA** | : | |
| **v.** | : | |
| **STAR ENTERPRISES LIMITED, A** | : | |
| **PENNSYLVANIA LIMITED PARTNER,** | : | |
| **et al.** | : | |

O R D E R

**AND NOW, TO WIT:** This 5th day of August, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
Carole Conroy
Deputy Clerk

Civ 2 (8/2000)
41(b).frm